IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

REGINALD COBB,

    Petitioner,

v.                                               CASE NO. 5:07-cv-105-MCR-AK

JAMES MCDONOUGH,

    Respondent.
_____/

## ORDER

By prior Notice, Respondent advised the Court that Petitioner's Rule 3.850 motion was scheduled for evidentiary hearing in state court on January 28, 2008. He also advised the Court that at the conclusion of the hearing, he would "apprise this Court of the resolution in the state trial court, or if appellate procedures in the state system are undertaken." To date, the Court has not received any further updates, and it believes it appropriate to direct Respondent to provide the Court with the status of the state court proceedings.

Accordingly, it is **ORDERED**:

That no later than **June 30, 2008**, Respondent shall advise the Court of the status of the state court proceedings on Petitioner's Rule 3.850 motion.

**DONE AND ORDERED** this *29th* day of May, 2008.

                                          *s/ A. KORNBLUM*
                                          **ALLAN KORNBLUM**
                                          **UNITED STATES MAGISTRATE JUDGE**